IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN HOOG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PETROQUEST ENERGY, L.L.C., et al.,<br><br>    Defendants. | Civil Action No. 6:16-cv-00463-JHP |

## **AGREED SCHEDULING ORDER**

The parties have agreed to this order and, there being good cause,

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 16 that the deadlines described below shall control until a ruling on the plaintiffs' motion for class certification.

| Event | Proposed Schedule |
|---|---|
| Motions to join additional parties or to otherwise amend the pleadings | July 7, 2017 |
| Documents previously produced by parties shall be deemed authenticated except as to those objected to | November 10, 2017 |
| Class Certification Motion filed with all supporting evidence, including expert disclosures | December 15, 2017 |
| Class Certification Response filed with all supporting evidence, including expert disclosures | February 16, 2018 |
| Class Certification Reply filed with any rebuttal evidence, including rebuttal expert disclosures, if any | March 16, 2018 |
| Class Certification Discovery Cutoff | March 16, 2018 |
| Class Certification Hearing (specific date to be set by Court at a later date) | May 2018 |

IT IS SO ORDERED.

Dated this 22nd day of February, 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma